Behler *et al. v.* The Town of Garrett.

No. 13,569.

LINKENHELT ET AL. *v.* THE TOWN OF GARRETT.

From the DeKalb Circuit Court.

*W. L. Penfield,* for appellants.

*E. D. Hartman* and *L. Covell,* for appellee.

MITCHELL, J.—The decision of this case is controlled by the judgment given in *Wagner v. Town of Garrett, ante,* p. 114.

The judgment is affirmed, with costs.

Filed March 28, 1889.

———————◆———————

No. 13,570.

MUNN *v.* THE TOWN OF GARRETT.

From the DeKalb Circuit Court.

*W. L. Penfield,* for appellant.

*E. D. Hartman* and *L. Covell,* for appellee.

MITCHELL, J.—The questions in this case are the same as those decided in *Wagner v. Town of Garrett, ante,* p. 114. On the authority of that case the judgment is affirmed, with costs.

Filed March 28, 1889.

———————◆———————

No. 13,571.

BEHLER ET AL. *v.* THE TOWN OF GARRETT.

From the DeKalb Circuit Court.

*W. L. Penfield,* for appellants.

*E. D. Hartman* and *L. Covell,* for appellee.

MITCHELL, J.—The decision of this case is controlled by the judgment in *Wagner v. Town of Garrett, ante,* p. 114. The judgment is affirmed, with costs.

Filed March 28, 1889.